UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH RANDALL,

    Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 15-cv-04343-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | February 10, 2016 |
| Discovery deadline and discover motion cutoff | October 6, 2016 |
| Opening Briefs (cross motions for summary judgment) | November 10, 2016 |
| Opposition Briefs (cross motions for summary judgment) | November 23, 2016 |
| Reply Briefs (cross motions for summary judgment) | December 1, 2016 |
| Hearing on cross motions for summary judgment | December 15, 2016 at 2:00 p.m. |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

1  manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their

2  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

3        The hearing date on cross motions for summary judgment set by this Court should be

4  regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event

5  subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with

6  the above date as good cause to grant a continuance.  The Court will not consider the pendency of

7  settlement discussions as good cause to grant a continuance.

8        IT IS SO ORDERED.

9  Dated: January 27, 2016

_____
JON S. TIGAR
United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California