Brian H. Kim  (State Bar No. 215492)
Emily A. Bolt (State Bar No. 253109)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RANDALL,<br><br>   Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, VERIZON WIRELESS MANAGED DISABILITY BENEFIT PLAN, VERIZON WIRELESS GROUP MEDICAL PLAN, VERIZON WIRELESS LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT PLAN,<br><br>   Defendants. | Case No.: 3:15-cv-4343 JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: STANDARD OF REVIEW** |

## JOINT STIPULATION

The parties, by and through their respective attorneys, hereby stipulate that the applicable judicial standard of review to govern in this case is *de novo*.

Dated: September 19, 2016

BOLT KEENLEY KIM LLP


By: /s/ Brian H. Kim
    Brian H. Kim
    Attorneys for Plaintiff

Case No.: 3:15-cv-4343 JST             1                    JOINT STIPULATION AND
                                                              [PROPOSED] ORDER RE:
                                                               STANDARD OF REVIEW

Dated: September 19, 2016

                    MAYNARD COOPER & GALE

                By: /s/ Linda B. Oliver
                   Linda B. Oliver
                   Alexandra Drury
                   Attorneys for Defendants
                   METROPOLITAN LIFE INSURANCE
                   COMPANY, VERIZON WIRELESS
                   MANAGED DISABILITY BENEFIT
                   PLAN, ET AL.

## [PROPOSED] ORDER

Pursuant to the stipulation set forth above, IT IS SO ORDERED.

Dated: September 19, 2016

                _____
                Hon. Jon S. Tigar
                United States District Court