UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RANDALL,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 15-cv-04343-JST<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>Re: ECF No. 33 |

On November 9, 2016, Defendant Metropolitan Life Insurance Company filed a stipulation and proposed order to continue the hearing and extend the briefing schedule for motions for summary judgment. ECF No. 33. The request is granted. The due date for initial briefs shall be November 17, 2016. Opposition briefs are due December 1, 2016. Reply briefs shall be filed by December 15, 2016. The motion hearing will be continued to January 19, 2017, at 2:00 p.m. The parties are strongly discouraged in the future from requesting a continuance one day before a deadline in the absence of a true emergency.

IT IS SO ORDERED.

Dated: November 9, 2016

JON S. TIGAR
United States District Judge